ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
*am*

DEC 12 2017

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No.  1  17 - CR - 432 |
| CHRISTOPHER COURTNEY COBB | |

THE GRAND JURY CHARGES THAT:

### Count One

Between in or about January 2016 to in or about October 2017, in the Northern District of Georgia, and elsewhere, the defendant, CHRISTOPHER COURTNEY COBB, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18 of the United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### Count Two

On or about October 19, 2017, in the Northern District of Georgia, and elsewhere, the defendant, CHRISTOPHER COURTNEY COBB, knowingly received and possessed a firearm, that is, a firearm silencer, as defined by Title 18, United States Code, Section 921(a)(24), not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## Count Three

On or about October 19, 2017, in the Northern District of Georgia, and elsewhere, the defendant, CHRISTOPHER COURTNEY COBB, having been an unlawful user of and addicted to any controlled substance, as defined in Section 102 of the Controlled Substances Act, Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate and foreign commerce at least one of the following firearms and ammunition:

    a.  one Glock, model 19Gen4, 9x19mm caliber semi-automatic pistol;

    b.  one Walther, model P22, .22 Long Rifle (LR) caliber semi-automatic pistol;

    c.  one Para-Ordnance, model P12-45, .45 Automatic Colt Pistol (ACP) caliber semi-automatic pistol;

    d.  one Tactical Machining, model TM-15, .223 Wylde caliber rifle; and

    e.  over 3000 rounds of ammunition, including the following:

        a.  Nine (9) rounds of 9mm caliber ammunition bearing the markings "PPU 9mm LUGER" on the head-stamp;

        b.  One (1) round of 9mm caliber ammunition bearing the markings "FC 9mm LUGER" on the head-stamp;

        c.  Two (2) rounds of .22 Long Rifle (LR) caliber ammunition bearing the marking "T" on the head-stamp;

        d.  Eight (8) rounds of .22 LR caliber ammunition bearing the marking "C" on the head-stamp;

e.  Ten (10) rounds of .22 LR caliber ammunition bearing the marking "C" on the head-stamp;

f.  Seven (7) rounds of .223 caliber ammunition bearing the markings " $\oplus$ 17 LC" on the head-stamp;

g.  Three (3) rounds of .223 caliber ammunition bearing the markings " $\oplus$ 17 WMA" on the head-stamp;

h.  One (1) round of .22 LR caliber ammunition bearing the marking "C" on the head-stamp;

i.  One (1) round of .22 LR caliber ammunition bearing the marking "F" on the head-stamp;

j.  Four (4) rounds of .22 LR shotshell caliber ammunition bearing the marking "C" on the head-stamp;

k.  One (1) round of .22 LR blank caliber ammunition bearing the marking "F" on the head-stamp;

l.  Two (2) rounds of 9mm caliber ammunition bearing the markings "WIN 9mm LUGER" on the head-stamp; and

m.  One (1) round of 9mm caliber ammunition bearing the markings "FC 9mm LUGER" on the head-stamp,

in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**Forfeiture Provision**

Upon conviction of any of the offenses alleged in Counts One and Three of this Indictment, the defendant, CHRISTOPHER COURTNEY COBB, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, CHRISTOPHER COURTNEY COBB, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A _____TRUE_____ BILL

_____
FOREPERSON

BYUNG J. PAK
United States Attorney

SUZETTE A. SMIKLE
Assistant United States Attorney
Georgia Bar No. 931142

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5